E-FILED
Tuesday, 24 April, 2007 12:54:17 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |

VERMILION COAL COMPANY,

v.

BLACK BEAUTY COAL COMPANY

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Vermilion Coal Company

I certify that I am admitted to practice in this court.

April 24, 2007
Date

*/s/ Deborah G. Cole*
Signature

Deborah G. Cole — 6184808
Print Name — Bar Number

1400 N. LaSalle Street
Address

Chicago — IL — 60610
City — State — Zip Code

(312) 751-0272 — (312) 751-4133
Phone Number — Fax Number