UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

In the matter of the Arbitration between
VERMILION COAL COMPANY,      )
                             )
              Petitioner,    )
                             )
     v.                      )    Case No.
                             )
BLACK BEAUTY COAL COMPANY,   )
                             )
              Respondent.    )
                             )

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Vermilion Coal Company, makes the following disclosure:

1. The Party is a nongovernmental corporate party.

2. The parent corporation for Vermilion Coal Company is Iron Carbide Technologies, Inc.

3. No publicly held corporation owns 10% or more of Vermilion Coal Company stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Date:  April 24, 2007

                                        Attorney for Vermilion Coal Company
                                        s/ Deborah G. Cole
                                        ARDC No. 6184808

Deborah G. Cole
DGCole Law
1400 North LaSalle Street
Chicago, Illinois
Phone: (312) 751-0272
Fax: (312) 751-4133
ARDC No. 6184808
dcole@dgcolelaw.com