AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

CENTRAL           DISTRICT OF           ILLINOIS

ENTRY OF                                 **APPEARANCE**

Case Number: 07-cv-2082

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

VERMILION COAL COMPANY

I certify that I am admitted to practice in this court.

| 5/16/2007 | s/ John Barr |
|---|---|
| Date | Signature |

| John Barr | IL 00120308 |
|---|---|
| Print Name | Bar Number |

P.O. Box 50
Address

| Decatur | IL | 62525 |
|---|---|---|
| City | State | Zip Code |

| (217) 875-5311 | (217) 875-5742 |
|---|---|
| Phone Number | Fax Number |