UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| In the matter of the Arbitration between<br>VERMILION COAL COMPANY,<br>      Petitioner,<br><br>v.<br><br><br>BLACK BEAUTY COAL COMPANY<br>      Respondent. | ) <br>) Case No. 2:07-cv-02082-MPM-DGB<br>)<br>) Judge Michael P. McCuskey<br>)<br>) Magistrate Judge<br>) David G. Bernthal<br>)<br>) |

## ENTRY OF APPEARANCE

Now comes Jean M. Blanton of Zeimer, Stayman, Weitzel & Shoulders, LLP, and enters her appearance as counsel for Respondent, Black Beauty Coal Company, in the above cause.

                              Respectfully submitted,

                              ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

                              /s/ Jean M. Blanton
                              Jean M. Blanton, ILBN 6291404
                              20 NW First Street, Ninth Floor
                              P. O. Box 916
                              Evansville, Indiana   47706-0916
                              Phone:  (812) 424-7575
                              Fax:  (812) 421-5089
                              E-mail: jblanton@zsws.com
                              Attorneys for Respondent, Black Beauty Coal Company

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 25th day of June, 2007, I electronically filed the foregoing pleading with the Clerk of Court using the CM/EFC system, which will send notification of such filing to the following:

Deborah G. Cole
DGCole Law
dcole@dgcolelaw.com

John Barr
Barr & Barr
Sej4barr@aol.com

Respectfully submitted,

ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP
/s/ Jean M. Blanton
Jean M. Blanton, ILBN 6291404
20 NW First Street, Ninth Floor
P. O. Box 916
Evansville, Indiana   47706-0916
Phone:  (812) 424-7575
Fax:  (812) 421-5089
E-mail: jblanton@zsws.com
Attorneys for Respondent, Black Beauty Coal Company

2