UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| In the matter of the Arbitration between | ) |
| VERMILION COAL COMPANY, | ) Case No. 2:07-cv-02082-MPM-DGB |
|     Petitioner, | ) |
| | ) Judge Michael P. McCuskey |
| v. | ) |
| | ) Magistrate Judge |
| | ) David G. Bernthal |
| BLACK BEAUTY COAL COMPANY | ) |
|     Respondent. | ) |

**BLACK BEAUTY COAL COMPANY'S OBJECTION TO VERMILION'S
MOTION TO VACATE IN PART ARBITRATION AWARD**

Comes now the Respondent, Black Beauty Coal Company, LLC ("Black Beauty"), by its undersigned counsel and respectfully submits its Objection to Vermilion's Motion to Vacate In Part Arbitration Award. In support hereof Black Beauty incorporates herein by reference and files simultaneously herewith its Answer to Vermilion's Complaint to Vacate in Part Arbitration Award. Black Beauty objects to Vermilion's Motion for the reasons more particularly described in Black Beauty's Answer.

WHEREFORE, Black Beauty respectfully requests an Order:

(a) dismissing Vermilion's Complaint to Vacate in Part Arbitration Award in its entirety;

(b) denying Vermilion's Motion to Vacate in Part Arbitration Award;

(c) granting Black Beauty its attorneys' fees and costs herein; and

(d) awarding Black Beauty all other just and proper relief in the premises.

Respectfully submitted,

ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP
/s/ Jean M. Blanton
Jean M. Blanton, ARDC No. 6291404
20 NW First Street, P. O. Box 916
Evansville, Indiana   47706-0916
Phone:  (812) 424-7575
Fax:  (812) 421-5089
E-mail: jblanton@zsws.com
Attorneys for Black Beauty Coal Company, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2007, I electronically filed the foregoing pleading with the Clerk of Court using the CM/EFC system, which will send notification of such filing to the following:

Deborah G. Cole
DGCole Law
dcole@dgcolelaw.com

John Barr
Barr & Barr
Sej4barr@aol.com

Respectfully submitted,

ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP
/s/ Jean M. Blanton
Jean M. Blanton, ARDC No. 6291404
20 NW First Street, Ninth Floor
P. O. Box 916
Evansville, Indiana   47706-0916
Phone:  (812) 424-7575
Fax:  (812) 421-5089
E-mail: jblanton@zsws.com