E-FILED
Monday, 30 July, 2007  03:53:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| In the matter of the Arbitration between<br>VERMILION COAL COMPANY,<br>      Petitioner,<br><br>v.<br><br><br><br><br>BLACK BEAUTY COAL COMPANY<br>      Respondent. | ) <br>) Case No. 2:07-cv-02082-MPM-DGB<br>)<br>) Judge Michael P. McCuskey<br>)<br>)<br>) Magistrate Judge<br>) David G. Bernthal<br>)<br>)<br>) |

**BLACK BEAUTY COAL COMPANY'S MOTION TO DISMISS VERMILION'S COMPLAINT TO VACATE IN PART ARBITRATION AWARD AND <u>VERMILION'S MOTION TO VACATE IN PART ARBITRATION AWARD</u>**

Comes now the Defendant, Black Beauty Coal Company ("Black Beauty"), by counsel, pursuant to Rule 12 of the Federal Rules of Civil Procedure and moves for the dismissal of Vermilion's Complaint to Vacate in Part Arbitration Award and Vermilion's Motion to Vacate in Part Arbitration Award (hereinafter collectively referred to as "Vermilion's Complaint"). In support hereof, Black Beauty files simultaneously herewith its Memorandum of Law in Support of Motion to Dismiss Vermilion's Complaint.

**WHEREFORE**, Black Beauty respectfully requests an Order dismissing Vermilion's Complaint in its entirety and granting Black Beauty all other just and proper relief in the premises.

Respectfully submitted,

ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

  /s/ Jean M. Blanton
Jean M. Blanton, ARDC No. 6291404
20 NW First Street, Ninth Floor
P. O. Box 916
Evansville, Indiana   47706-0916
Phone:  (812) 424-7575
Fax:  (812) 421-5089
E-mail: jblanton@zsws.com
Attorneys for Black Beauty Coal Company

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2007, I electronically filed the foregoing pleading with the Clerk of Court using the CM/EFC system, which will send notification of such filing to the following:

Deborah G. Cole
DGCole Law
dcole@dgcolelaw.com

John Barr
Barr & Barr
Sej4barr@aol.com

Respectfully submitted,

ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

  /s/ Jean M. Blanton
Jean M. Blanton, ARDC No. 6291404
20 NW First Street, Ninth Floor
P. O. Box 916
Evansville, Indiana   47706-0916
Phone:  (812) 424-7575
Fax:  (812) 421-5089
E-mail: jblanton@zsws.com