AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**VERMILION COAL COMPANY**

vs.                                                                                   Case Number:   **07-2082**

**BLACK BEAUTY COAL COMPANY**

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Vermilion's Motion to Vacate In Part Arbitration Award is DENIED.  Black Beauty's Motion to Dismiss is DENIED AS MOOT.

ENTER this 13th day of March, 2008

s/Pamela E. Robinson
_____
PAMELA E. ROBINSON, CLERK

s/V. Ball
_____
BY:  DEPUTY CLERK