E-FILED
Thursday, 10 April, 2008  04:12:09 PM
Clerk, U.S. District Court, ILCD

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CENTRAL DISTRICT OF IL          Docket No.: 07-2082

Division: URBANA

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

VERMILION COAL COMPANY          v.          BLACK BEAUTY COAL COMPANY

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Deborah G. Cole | Name: Jean M. Blanton |
| Firm: DGCOLE LAW | Firm: SIEMER STAYMAN WEITZEL & SHOULDERS |
| Address: 1400 N LaSalle Street | Address: 20 N W First St P O Box 916 |
| Chicago, IL 60610 | Evansville, IN 47706-0916 |
| Phone: 312-751-0272 | Phone: 812-424-7575 |

---

Judge: Michael P. McCuskey          Nature of Suit Code:  890

Court Reporter: Lisa Cosimini         Date Filed in District Court:  04/24/07

          Date of Judgment: 03/13/08

          Date of Notice of Appeal: 04/10/08

Counsel:   ___Appointed        ___Retained     ___Pro Se

Fee Status:   _X__Paid      ___Due       ___IFP       ___IFP Pending      ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes      ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

## ADDITIONAL COUNSEL FOR PLAINTIFF

John Barr
BARR & BARR
Suite 350
P O Box 50
Decatur, IL 62525