**E-FILED**
Friday, 11 April, 2008  11:47:12 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 10, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 08-1877

Caption:
VERMILION COAL COMPANY,
Plaintiff - Appellant

v.

BLACK BEAUTY COAL COMPANY,
Defendant - Appellee

District Court No: 2:07-cv-02082-MPM-DGB
Court Reporter Lisa Cosimini
District Judge Michael McCuskey
Clerk/Agency Rep Pamela Robinson

Date NOA filed in District Court: 04/10/2008

If you have any questions regarding this appeal, please call this office.

CC:

Lisa Cosimini

Pamela E. Robinson

form name: **c7_Docket_Notice_short_form**

form ID: **188**