APPEAL TO THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
FROM THE
UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

VERMILION COAL COMPANY,           )
                                  )
            Plaintiff,            )
                                  )   Appeal No. 08-1877
      v.                          )   Dist. Ct. No. 07-2082
                                  )
BLACK BEAUTY COAL COMPANY,        )
                                  )
            Defendant.            )

## PLAINTIFF'S DESIGNATION OF PARTS OF THE RECORD

Plaintiff-Appellant Vermilion Coal Company, through undersigned counsel, pursuant to Circuit Rule 10(a) hereby designates the following items for inclusion in the Record on Appeal in the above matter:

| Date Filed | Doc. No. | Document Short Title |
| --- | --- | --- |
| 04/24/07 | 1 | Complaint, Appendix, and Exhibits A through H |
| 04/26/07 | 7 | Motion to Vacate in Part Arbitration Award |
| 06/25/07 | 12 | Black Beauty Coal Company's Answer |
| 06/25/07 | 13 | Response to Motion to Vacate Arbitration Award |
| 07/30/07 | 14 | Motion to dismiss Vermilion's Complaint |
| 07/30/07 | 15 | Memorandum in Support of Motion to Dismiss |
| 09/28/07 | 16 | Memorandum in Support of Motion to Vacate and Exhibits A through G |
| 10/17/07 | 17 | Response to Motion to Dismiss and Exhibit A |
| 10/29/07 | 18 | Memorandum in Opposition to Motion to Vacate |
| 01/30/08 | 19 | Report and Recommendations |

| Date Filed | Doc. No. | Document Short Title |
|---|---|---|
| 02/08/08 | 20 | Objection to Report and Recommendations |
| 03/03/08 | 21 | Response by Vermilion Coal to Objection to Report and Recommendations |
| 03/31/08 | 22 | Opinion |
| 03/31/08 | 23 | Judgment |

Dated: April 17 2008

Respectfully submitted,
Vermilion Coal Company,

By: s/ Deborah G. Cole
One of its Attorneys

Deborah G. Cole*
Bar Number: 6184806
DGCole Law
1400 North LaSalle Street
Chicago, IL 60610
(312) 751-0272
E-mail: dcole@dgcolelaw.com

J. Timothy Eaton
Bar Number: 0707341
E-mail: teaton@shefskylaw.com
Patricia S. Spratt
Bar Number: 6207757
E-mail: pspratt@shefskylaw.com
SHEFSKY & FROELICH, LTD.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 527-4000

*Counsel of Record

VERMILION_ Designation of Parts of Record (2).doc

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, I electronically filed the **Plaintiff's Designation of Parts of the Record** with the Clerk of the United States District court for the Central District of Illinois, Urbana Division, using the Court's CM/ECF Electronic Filing System, which will send notification of such filing to the following:

Jean M. Blanton
Ziemer, Stayman, Weitzel & Shoulders, LLP
20 NW First Street, P.O Box 916
Evansville, Indiana 47706-0916
E-Mail: jblanton@zsws.com


/s/ Deborah G. Cole
ARDC No. 6184806