

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: LIMITED REMAND

ILANA DIAMOND ROVNER, *Circuit Judge*

April 23, 2008

| No.: 08-1877 | VERMILION COAL COMPANY, Plaintiff - Appellant<br><br>v.<br><br>BLACK BEAUTY COAL COMPANY, Defendant - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 2:07-cv-02082-MPM-DGB
Central District of Illinois
District Judge Michael McCuskey

Upon consideration of the **MOTION TO STAY APPEAL AND REMAND FOR THE LIMITED PURPOSE OF DISCOVERY REGARDING FEDERAL JURISDICTION**, filed April 16, 2008, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Proceedings in this appeal are **STAYED** and the case is **REMANDED** to the district court for the limited person of allowing the parties to conduct discovery regarding diversity jurisdiction. The parties shall file a status report with this court within ten days of the completion of the limited discovery.

form name: **c7_Order_Limited_Remand**

form ID: **172**

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit.