AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__CENTRAL__ DISTRICT OF __ILLINOIS__

VERMILION COAL COMPANY,

    Appellant,

v.

BLACK BEAUTY COAL COMPANY,

    Defendant.

**APPEARANCE**

Case Number: 07-2082

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Vermilion Coal Company as additional co-counsel

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/8/2008 | s/ J. Timothy Eaton |
| Date | Signature |
| | J. Timothy Eaton   0707341 |
| | Print Name   Bar Number |
| | SHEFSKY & FROELICH, 111 E. Wacker Drive, Suite 2800 |
| | Address |
| | Chicago   IL   60601 |
| | City   State   Zip Code |
| | (312) 836-4071   (312) 527-4011 |
| | Phone Number   Fax Number |