## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2008, I electronically filed **Plaintiff-Appellant's Certificate of Service for the Appearance of J. Timothy Eaton** with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, using the Court's CM/ECF Electronic Filing System, which will send notification of such filing to the following:

Jean M. Blanton
Ziemer, Stayman, Weitzel & Shoulders, LLP
20 NW First Street, P.O Box 916
Evansville, Indiana 47706-0916
E-Mail: jblanton@zsws.com

/s/ J. Timothy Eaton
J. Timothy Eaton
Bar Number: 0707341
E-mail: teaton@shefskylaw.com
SHEFSKY & FROELICH, LTD.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 527-4000