# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

Submitted April 21, 2008
Decided June 20, 2008

BEFORE

FRANK H. EASTERBROOK, Chief Judge
ILANA DIAMOND ROVNER, Circuit Judge
TERENCE T. EVANS, Circuit Judge

**FILED**

JUN 3 0 2008



CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| No.: 08-1877 | VERMILION COAL COMPANY,<br>Plaintiff - Appellant<br><br>v.<br><br>BLACK BEAUTY COAL COMPANY,<br>Defendant - Appellee |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 2:07-cv-02082-MPM-DGB<br>Central District of Illinois<br>District Judge Michael McCuskey |

Upon consideration of the **JOINT STATUS REPORT ON DISCOVERY REGARDING FEDERAL JURISDICTION AND MOTION TO DISMISS FOR LACK OF FEDERAL JURISDICTION**, filed on June 16, 2008, by counsel for the parties,

**IT IS ORDERED** that the motion is **GRANTED**. The parties have agreed that the requirements of the diversity jurisdiction are not met, and that no other source of federal jurisdiction is available. Accordingly, the judgment of the district court is **VACATED** and the case is **REMANDED** with instructions to dismiss for lack of jurisdiction.

form name: **c7_Order_3J** (form ID: **177**)