# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

July 14, 2008

To:   Pamela Robinson
      UNITED STATES DISTRICT COURT
      Central District of Illinois
      U.S. Courthouse
      Urbana, IL 61802-3369

FILED
JUL 16 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| No.: 08-1877 | VERMILION COAL COMPANY,<br>Plaintiff - Appellant<br><br>v.<br><br>BLACK BEAUTY COAL COMPANY,<br>Defendant - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 2:07-cv-02082-MPM-DGB
Central District of Illinois
Court Reporter Lisa Cosimini
District Judge Michael McCuskey
Clerk/Agency Rep Pamela Robinson

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:        No record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

-------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                              **Received by:**

7/16/08                                s/V. Ball

                                       Deputy Clerk

form name: **c7_Mandate** (form ID: **135**)

CERTIFIED COPY

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

Submitted April 21, 2008
Decided June 20, 2008

*A True Copy:*
*Teste:*
*[signature]*
*Clerk of the United States*
*Court of Appeals for the*
*Seventh Circuit*

BEFORE

FRANK H. EASTERBROOK, Chief Judge
ILANA DIAMOND ROVNER, Circuit Judge
TERENCE T. EVANS, Circuit Judge

| | |
|---|---|
| No.: 08-1877 | VERMILION COAL COMPANY,<br>Plaintiff - Appellant<br><br>v.<br><br>BLACK BEAUTY COAL COMPANY,<br>Defendant - Appellee |

**Originating Case Information:**

District Court No: 2:07-cv-02082-MPM-DGB
Central District of Illinois
District Judge Michael McCuskey

Upon consideration of the **JOINT STATUS REPORT ON DISCOVERY REGARDING FEDERAL JURISDICTION AND MOTION TO DISMISS FOR LACK OF FEDERAL JURISDICTION**, filed on June 16, 2008, by counsel for the parties,

**IT IS ORDERED** that the motion is **GRANTED**. The parties have agreed that the requirements of the diversity jurisdiction are not met, and that no other source of federal jurisdiction is available. Accordingly, the judgment of the district court is **VACATED** and the case is **REMANDED** with instructions to dismiss for lack of jurisdiction.

form name: **c7_Order_3J** (form ID: **177**)